UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIKOV RAMIL,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>KELLEY BECKHELM,<br><br>　　　　　　　　　Respondent. | Case No.: 22CV1655-GPC(BGS)<br><br>**ORDER DENYING PETITIONER'S REQUEST TO APPOINT COUNSEL**<br><br>[Dkt. No. 2.] |

　　　Before the Court is Petitioner's request to appoint counsel because he cannot afford one. (Dkt. No. 1.) Petitioner Malikov Ramil, proceeding pro se, is an immigration detainee housed at the Otay Mesa Detention Center and filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking release from his prolonged detention.

　　　There is no constitutional right to counsel in federal habeas proceedings. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) ("Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations."). However, appointment of counsel for a § 2241 habeas petitioner is appropriate for financially eligible petitioners when "the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). "[T]he district court must evaluate the likelihood of success on the

merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir.1987) (no abuse of discretion to deny counsel where petitioner demonstrated "a good understanding of the issues and the ability to present forcefully and coherently his contentions").

    Here, Petitioner merely claims he is unable to afford an attorney without any reasons why he should be appointed counsel in the interests of justice. Moreover, Petitioner has been able to competently articulate his claims in his petition. Accordingly, the Court DENIES Petitioner's request for appointment of counsel.

    IT IS SO ORDERED.

Dated:  November 14, 2022

Hon. Gonzalo P. Curiel
United States District Judge