UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIKOV RAMIL,<br><br>                    Petitioner,<br><br>v.<br><br>KELLEY BECKHELM,<br><br>                    Respondent. | Case No.: 22-CV-1655-GPC-BGS<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

On October 20, 2022, Malikov Ramil ("Petitioner" or "Ramil"), a detainee in the custody of U.S. Immigration and Customs Enforcement ("ICE"), filed a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2441 requesting that this Court "[o]rder [his] release from ICE custody" because despite his final order of removal, ICE is unable to deport him in the near future because of "broken diplomacy with Russia." (ECF No. 1, Pet. at 2, 7.[1]) During briefing, Respondent responded that "Petitioner's allegation that he cannot be repatriated is unfounded" given that he is scheduled to be deported to Russia in December 2022. (ECF No. 5 at 2.) Because Petitioner appeared to still be detained at the

---

[1] Page numbers are based on the CM/ECF pagination.

1

Otay Mesa Detention Facility as of February 15, 2023, the Court directed Respondent to provide an update. (Dkt. No. 7.) On February 21, 2023, Respondent filed a status report indicating that due to the inadvertent disclosure of Petitioner's personally identifiable information on November 28, 2022, Petitioner's removal proceedings re-commenced on February 9, 2023 in order to allow him to apply for asylum. (Dkt. No. 8 at 1-2; *see* Dkt. No. 8-1 at 6-7.) A hearing is currently set before the Immigration Judge on February 28, 2023. (Dkt. No. 8-1 at 2-3.) On February 17, 2023, ICE also granted him parole from custody subject to parole reporting requirements and a $5,000.00 bond payment. (Dkt. No. 8 at 1; Dkt. No. 8-1 at 9.) On February 22, 2023, Petitioner was released from custody on bond. (Dkt. No. 10-1.)

"A case becomes moot—and therefore no longer a Case or Controversy for purposes of Article III—when the issues presented are no longer live." *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (internal quotations omitted); *see also Fon v. Mayorkas*, Case No.: 3:21cv295-AJB-WVG, 2021 WL 5444787 at *1 (S.D. Cal. Sept. 13, 2021) (petitioner's habeas petition requesting release from immigration detention was moot and petition dismissed upon release from detention). Because Petitioner has obtained the remedy he sought with his Petition, parole from custody, the issues presented in this case are no longer live and the Court DISMISSES the Petition as MOOT. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: February 24, 2023

Hon. Gonzalo P. Curiel
United States District Judge